E-filing

FILED
08 MAR 17 PM

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name __WEAVER__   __WILLIE__   __(Initial)__
       (Last)        (First)

Prisoner Number __J-91389__

Institutional Address __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEAVER__
(Enter the full name of plaintiff in this action.)

vs.

__CORRECTIONAL OFFICER RICH CREEK__

(Enter the full name of the defendant(s) in this action)

CV 08 1477 JW (PR)
Case No. _____
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement __P.S.U__

   B.  Is there a grievance procedure in this institution?
       YES (✓)   NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES (✓)   NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                           - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. __BECAUSE STILL BEING PROCESSED__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
__WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA, 95531,__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
__CORRECTIONAL OFFICER RICH CREEK PELICAN BAY STATE PRISON,__

COMPLAINT                                    -2-

1
2
3
4

5  III.   Statement of Claim.
6   State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  DOING TRASH PICKUP ON THE
11  UPPER TIER CORRECTIONAL OFFICER
12  RICH CREEK CALLED HOLLOWED
13  OUT TO PLAINTIFF CALLED PLAINTIFF
14  A FUCKEN JACKASS FOR NO
15  REASON, ON 03/02/08 SEE: CALIFORNIA
16  CODE OF REGULATION TITLE 15, 3391(A)
17  SEE: CALIFORNIA CODE OF REGULATION
18  TITLE 15, 3413.(A)(2) THIS IS HARASSMENT
19  PENAL CODE SECTION 646.9 THE
20  DEFENDANT SHOWED DELIBERATE
21  INDIFFERENCE UNDER THE EIGHT
22  AMENDMENT THAT CONSTITUE CRUEL
    UNUSUAL PUNISHMENT.
23  IV.   Relief.
24   Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  LIABILITY DAMAGES: 25,000 TWENTY
27  FIVE THOUSAND DOLLARS DUE TO:
28  CONSPIRACY, HARASSMENT,

COMPLAINT                    - 3 -

1  U.S. CONSTITUTION VIOLATIONS,
2  PUNITIVE DAMAGES; 25,000 TWENTY
3  FIVE THOUSAND DOLLARS DUE TO: MENTAL
4  ANGUISH, STRESS DISORDER,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **03/02** day of **02**, 20 **08**

_Willie Weaver_
(Plaintiff's signature)

COMPLAINT                     - 4 -

