**FILED**

MAY 2 2 2008

E-filing

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER, Plaintiff,

vs.

PELICAN BAY STATE PRISON

Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JW

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  SACRAMENTO, AIRPORT  300 WEEKLY MONTHLY
5  1800 MONTHLY
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___  No ✓
10          self employment
11    b.   Income from stocks, bonds,                 Yes ___  No ✓
12          or royalties?
13    c.   Rent payments?                             Yes ___  No ✓
14    d.   Pensions, annuities, or                    Yes ___  No ✓
15          life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___  No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                              Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ✓  If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash?  Yes ___ No ✓  Amount: $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

_____

8.  What are your monthly expenses?

Rent: $_____    Utilities: _____

Food: $_____    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

- 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do **not** include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16   04/16/08                        Willip Weaver
17      DATE                         SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

Case Number:

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>12.05</u>.    (20%= $2.41)

Dated: 5/6/08          _____
                       Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-6-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/06/08
                                                           PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                             PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY  06, 2008

ACCOUNT NUMBER  : J91389                      BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME    : WEAVER, WILLIE EUGENE       ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                                    TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION      COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  -----------      -------      ---------  --------   -----------   -------

11/01/2007     BEGINNING BALANCE                                                   0.00

11/27*DD30 CASH DEPOSIT     2318 ML101                   11.25                    11.25
11/27 W211 FEDERAL FILIN    2333 11/27                              1.40           9.85
11/27 W214 FEDERAL FILIN    2333 11/27                              1.40           8.45
11/27 W215 FEDERAL FILIN    2333 11/27                              1.40           7.05
11/27 W212 FEDERAL FILIN    2333 11/27                              1.40           5.65
11/27 W212 FEDERAL FILIN    2333 11/27                              1.40           4.25
11/27 W212 FEDERAL FILIN    2333 11/27                              1.40           2.85
11/27 W214 FEDERAL FILIN    2333 11/27                              1.40           1.45
11/27 W211 FEDERAL FILIN    2333 11/27                              1.40           0.05
12/27*DD30 CASH DEPOSIT     2711 #122                    22.50                    22.55
    ACTIVITY FOR 2008
01/03 FC10 DRAW-FAC 10      2808   B2                              17.23           5.32
01/15 W516 LEGAL COPY CH    3013                                    2.40           2.92
02/05 W861 REVERSE LEGAL    3408/3013                               2.40-          5.32

                           CURRENT HOLDS IN EFFECT

  DATE        HOLD
  PLACED      CODE    DESCRIPTION                    COMMENT          HOLD AMOUNT
-----------   ----    -----------                    -------          -----------

07/31/2007    H103    DAMAGES-REFUSED TO SIGN HOLD   0506  CCI            2.87
07/31/2007    H103    DAMAGES-REFUSED TO SIGN HOLD   0506  CCI            2.45
01/08/2008    H116    FEDERAL FILING FEE HOLD        2864  12/27         22.50

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                      CASE NUMBER: 94F09335
COUNTY CODE: SAC                              FINE AMOUNT: $  5,600.00

                                                  TRANS. AMT.        BALANCE
  DATE       TRANS.   DESCRIPTION                 -----------        -------
--------     ------   -----------

11/01/2007   BEGINNING BALANCE                                       5,318.82
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-6-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  J. Kleppin
   TRUST OFFICE

```
                          PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 06, 2008

ACCT:  J91389         ACCT NAME: WEAVER, WILLIE EUGENE          ACCT TYPE: I


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                       CASE NUMBER: 94F09335
COUNTY CODE: SAC                               FINE AMOUNT: $   5,600.00

    DATE     TRANS.    DESCRIPTION                TRANS. AMT.      BALANCE
   --------  ------    -----------------------    -----------     ---------
   11/27/07  DR30      REST DED-CASH DEPOSIT          12.50-       5,306.32
   12/27/07  DR30      REST DED-CASH DEPOSIT          25.00-       5,281.32

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
  ---------   ----------   -------------   ----------   ----------    --------------
     0.00        33.75          28.43          5.32        27.82             0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               22.50-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5-6-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

